Western District of Tennessee

UNITED STATES OF AMERICA

v.

TIMOTHY HAYES                                         Case No.  2:05-20139-1-D

_____

ORDER RELIEVING FEDERAL DEFENDER
_____


The Federal Defender's Office had previously been appointed to represent the defendant in this matter.  The defendant appeared before the court on this date for arraignment with private counsel.  As the defendant has retained private counsel to represent him, the Federal Defender's Office is hereby relieved of further representation of this defendant.

SO ORDERED this the 17th day of May, 2006.


s/ James H. Allen

JAMES H. ALLEN
UNITED STATES MAGISTRATE JUDGE


This document entered on the docket sheet in compliance
with Rule 55 and/or Rule 32(b) FRCrP on _____